1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE: (916) 649-2006
4  FAX: (916) 920-7951
   E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JOSE F. ABARCA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-08-00397---LKK |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE JUDGMENT AND |
| v. ) | SENTENCING TO WEDNESDAY, |
| ) | SEPTEMBER 5, 2012 |
| JOSE F. ABARCA, et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

   Plaintiff United States of America, by its counsel, Assistant United States Attorney, Mr. Jason Hitt, and defendant JOSE F. ABARCA, by his attorney Mr. James R. Greiner, hereby stipulate and agree that the judgment and sentencing calendared for **Tuesday, July 24, 2011, at 9:15 a.m.** before the Honorable Senior United States District Court Judge, Lawrence K. Karlton, may be continued to **Wednesday, September 5, 2012, at 9:15 a.m..**

   The Court's courtroom deputy has been contacted to ensure the Court's calendar was available for that date and the Court is available on Wednesday, September 5, 2012.

   In addition, the parties have agreed to modify the schedule of disclosure for the pre-sentence report as follows:

   Judgment and Sentencing date                                    September 5, 2012

1

| | |
|---|---|
| Reply date | August 28, 2012 |
| Correction date | August 21, 2012 |
| Report date | August 14, 2012 |
| Objection date | August 7, 2012 |

Probation is in agreement with this schedule.

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 7-16-12

/s/ Jason Hitt  by e mail  authorization
_____

Jason Hitt
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 7-16-12        /s/ James R. Greiner
_____
James R. Greiner
Attorney for Defendant
Jose F. Abarca

**ORDER**

Based on the agreement and stipulations of the parties the Court finds them to be reasonable and adopts them as follows:

| | |
|---|---|
| Judgment and Sentencing date | September 5, 2012 |
| Reply date | August 28, 2012 |
| Correction date | August 21, 2012 |
| Report date | August 14, 2012 |
| Objection date | August 7, 2012 |

The Court vacates the Judgment and Sentencing date of Tuesday, July 24, 2012 and resets the Judgment and Sentencing date to Wednesday, September 5, 2012, at 9:15 a.m..

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: July 19, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT